

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00080-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302
Honorable Mary D. Roman, Judge Presiding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: March 15, 2023

DISMISSED FOR WANT OF JURISDICTION

This is an appeal from one count of assault family violence with strangulation. Appellant was convicted by bench trial on June 1, 2016. The written judgment states the sentence was imposed on June 7, 2016.

Appellant first appealed his conviction on July 5, 2016. This court affirmed the trial court's judgment in Cause No. 04-16-00434-CR. Robles then filed a petition for writ of mandamus in 2018, which we denied in Cause No. 04-18-00160-CR. Robles also filed a petition for writ of

---

[1] Catherine Torres-Stahl is the current presiding judge of the 175th District Court in Bexar County.

habeas corpus with the trial court, which the trial court denied. We affirmed the trial court's denial in Cause No. 04-18-00512-CR. Robles filed another appeal in 2019, which we dismissed for want of jurisdiction in Cause No. 04-19-00118-CR. Robles then filed another petition for writ of mandamus, which we denied in Cause No. 04-19-00214-CR.

On January 24, 2023, Appellant filed a new notice of appeal, pro se. On February 16, 2023, we ordered Appellant to show cause why his appeal should not be dismissed for want of jurisdiction.[2] Appellant responded, but he only referred to other cause numbers. He did not make any relevant argument as to this appeal cause number, No. 04-23-00080-CR, stemming from trial court cause number 2015CR1302. Even if we consider the current notice of appeal as an untimely motion for rehearing from any of our previous opinions related to trial court cause number 2015CR1302, this court's plenary power is expired. *See* TEX. R. APP. P. 19.1; *Rodriguez v. State*, 28 S.W.3d 25, 26 (Tex. App.—Houston [1st Dist.] 2000, no pet.). We now dismiss the purported appeal for want of jurisdiction.

PER CURIAM

Do Not Publish

---

[2] A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).